PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:22-CR-00055-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| JOSHUA ASTORGA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Antonio Jose Pataca, counsel for plaintiff, and Roger D. Wilson, counsel for defendant Joshua Astorga, that the Court may continue the sentencing hearing currently scheduled for January 23, 2023, to February 27, 2023, at 10:00 a.m.

1.      This continuance is requested to permit defense counsel and the United States Probation Officer additional time to conduct a presentence investigation. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

IT IS SO STIPULATED.

1

1

Dated:  December 9, 2022

PHILLIP A. TALBERT
United States Attorney

2

3

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

4

5

Dated:  December 9, 2022

/s/ ROGER D. WILSON
ROGER D. WILSON
Counsel for Defendant
JOSHUA ASTORGA

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**FINDINGS AND ORDER**

2

     IT IS HEREBY ORDERED that the sentencing hearing scheduled for January 23, 2023, be

3

continued to February 27, 2023 at 10:00am.

4

5

IT IS SO ORDERED.

6

  Dated:   **December 12, 2022**

UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28